**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| KREAMER FEED, INC., | : | No. 4:25-CV-01054 |
| Petitioner, | : | (Chief Judge Brann) |
| v. | : | |
| SURESOURCE COMMODITIES, LLC, | : | |
| Respondent. | : | |

## ORDER

**APRIL 24, 2026**

In accordance with the accompanying Memorandum Opinion, **IT IS HEREBY ORDERED** that Respondent's motion to stay proceedings, Doc. 6, is **DENIED**.

Both parties are to submit briefing on the merits of Petitioner's petition to confirm the arbitration award, Doc. 1, in compliance with Local Rules 7.01 and 7.04–7.07. Petitioner's brief in support of the motion must be submitted within fourteen (14) days of the date of this Order. Respondent's brief in opposition must be submitted within fourteen (14) days from the date of service of Petitioner's brief in support. Petitioner may file a reply brief, should it care to do so, within fourteen (14) days after the date of service of the brief in opposition.

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
Chief United States District Judge